UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JANE DOE AS MOTHER OF MINOR DOE,
HANNAH LANDERER, AND STEVEN
MARKS, ON BEHALF OF THEMSELVES
AND ALL OTHERS SIMILARLY SITUATED,

        Plaintiffs,

    v.

CARELON BEHAVIORAL HEALTH, INC.

        Defendant.

Civil Action No. 1:25-cv-03489

### DECLARATION OF MATTHEW J. AARONSON IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Pursuant to 28 U.S.C. § 1746, Matthew J. Aaronson, declares as follows:

1. I am a partner in the law firm of Troutman Pepper Locke LLP, attorneys for Defendant Carelon Behavioral Health, Inc. ("Carelon"). I make this declaration of my own personal knowledge, and if called to testify would testify consistent with the statements herein.

2. I submit this Declaration, and the materials attached hereto, in support of Carelon's Motion to Dismiss Plaintiffs' Complaint.

3. A true and correct copy of the Complaint, filed by Plaintiffs on April 28, 2025 (ECF No. 1), is attached hereto as Exhibit A.

4. I am aware that the New York Department of Financial Services, which regulates the business of insurance in the State of New York, maintains a database of companies licensed to write insurance in the state, which it makes available to the public on its website, https://www.dfs.ny.gov/apps_and_licensing/insurance_companies/search.

5.      Using the search tool on this website, I searched for all licensed insurance companies containing the word "Carelon."  A true and correct copy of the results of this search is attached hereto as Exhibit B.

6.      Carelon was formerly known as Beacon Health Options, Inc. Therefore, I also searched for all licensed insurance companies containing the word "Beacon."  A true and correct copy of the results of this search is attached hereto as Exhibit C.

7.      Neither Carelon Behavioral Health, Inc. nor Beacon Health Options, Inc., appear in either search.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 29, 2025

By:    _/s/ Matthew J. Aaronson_
            Matthew J. Aaronson

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CM/ECF to all counsel of record on this 29th day of August 2025.

*/s/ Matthew J. Aaronson*

Matthew J. Aaronson