# Exhibit B



### Department of Financial Services

## DFS Portal

**Ins. Company Search**

## Search Results

Company Search    Print or Save results /SaveWithAddress

Total: 1  Carelon

| NAIC# | Company Name | Org | Domicile | Group# /Group Name | FId | Website |
|---|---|---|---|---|---|---|
| N10631 | Carelon Rx, Inc. dba Ingenio Rx, Inc. | PBM | Indiana | | 823062245 | www.ingenio-rx.com |

# Who We Supervise

## Institutions That We Supervise

The Department of Financial Services supervises many different types of institutions. Supervision by DFS may entail chartering, licensing, registration requirements, examination, and more.

Learn More

## Need technical help with this Portal? Submit a Portal Help Form

DFS Home | Accessibility | Privacy | Disclaimer | Language Access | Contact DFS