# Exhibit C



**Department of Financial Services**

## DFS Portal

**Ins. Company Search**

### Search Results

[Company Search](#)    [Print or Save results](#) / [SaveWithAddress](#)

Total: **1**   Beacon

| NAIC# | Company Name | Org | Domicile | Group# | Group Name | Fld | Website |
|-------|--------------|-----|----------|--------|------------|-----|---------|
| 14487 | BeaconHarbor Mutual Risk Retention Group, Inc. | RRG | | | | | |

## Who We Supervise

### Institutions That We Supervise

The Department of Financial Services supervises many different types of institutions. Supervision by DFS may entail chartering, licensing, registration requirements, examination, and more.

[Learn More](#)

### Need technical help with this Portal? Submit a [Portal Help Form](#)

[DFS Home](#) | [Accessibility](#) | [Privacy](#) | [Disclaimer](#) | [Language Access](#) | [Contact DFS](#)